

January 17, 2025

**VIA ECF**
Hon. Philip M. Halpern
U.S. District Court, Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601

    Re:    *Friedman v. Viking Client Services LLC* – Case No.: 7:24-cv-09848-PMH

Dear Judge Halpern:

We are counsel for Defendant Viking Client Services LLC ("VCS") in the above matter. Please let this letter serve as VCS's motion for an extension of time through February 11, 2025 to respond to Plaintiff's Complaint.

The current due date to respond to Plaintiff's Complaint is January 21, 2025 and this is the first request for an extension of time. The basis for VCS's request is that our office was just engaged to assist with this matter and we need additional time to investigate Plaintiff's allegations. Plaintiff consents to this request.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

*/s Brendan H. Little*

Brendan H. Little

BHL/bmo

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 7.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           January 21, 2025

---

Brendan H. Little  |  Partner  |  blittle@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   lippes.com

**New York:** Albany, Buffalo, Long Island, New York City, Rochester  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**